hsin-yuchenstp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HSIN-YU CHEN,<br><br>Defendant. | CRIMINAL CASE NO. 04-00055<br><br>**STIPULATED MOTION TO CONTINUE SENTENCING DATE** |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Howard Trapp, hereby move this Honorable Court to continue the sentencing hearing currently scheduled for October 4, 2005, and that it be rescheduled to October 5, 2005. The parties make this request for the reason that government counsel is required to attend the Ninth Circuit Appellate Chiefs Conference in San Francisco, and will not return to Guam until October 4, 2005.

DATED: SEP 2 2 2005

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 9/22/05         By: KARON V. JOHNSON
Assistant U.S. Attorney