hsin-yuchenstp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 2 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00055 |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING DATE** |
| HSIN-YU CHEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that sentencing in this matter be continued from October 4, 2005 to October 5, 2005 at 11:15 a.m.

9/23/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam