(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

**FILED**
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

---

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 04-00055 |
|---|---|---|
| Plaintiff, | ) ( ) | NOTICE OF APPEAL |
| vs. | ( ) | |
| HSIN-YU CHEN, | ( ) | |
| Defendant. | ( | |

---

Notice is hereby given that Hsin-Yu Chen, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 7th day of October, 2005.

Dated at Hagåtña, Guam, this 11th day of October, 2005.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(Documents\NoticeofAppeal.HChen)