(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00055 |
| | ) | |
| Plaintiff, | ( | AGREEMENT (9TH CIR. RULE |
| | ) | 10-3.2(b)) |
| vs. | ( | |
| | ) | |
| HSIN-YU CHEN, | ( | |
| | ) | |
| Defendant. | ( | |

------------

The plaintiff and defendant agree that defendant shall order the entire transcripts of the trial (May 4, 5, and 6, 2005) and the sentencing (Oct. 5, 2005).

Dated at Hagåtña, Guam, this 7th day of November, 2005.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(Agreement.HChen)