| | | |
|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>Read Instructions on Back. | **FOR COURT USE ONLY**<br>DUE DATE: |

| 1. NAME Howard Trapp Incorporated | 2. PHONE NUMBER (671) 477-7000 | 3. DATE November 10, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS 200 Saylor Building; 139 Chalan Santo Papa | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR 04-00055 | 9. JUDICIAL OFFICIAL Carter/George | DATES OF PROCEEDINGS 10. FROM 5/4/05 | 11. TO 10/5/05 |
| 12. CASE NAME USA vs. Hsin-Yu Chen | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [XX] APPEAL
- [ ] NON-APPEAL
- [XX] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 5/4/05 | [X] TESTIMONY (Specify Witness) All | 5/4, 5/05 |
| [X] OPENING STATEMENT (Plaintiff) | 5/4/05 | | |
| [X] OPENING STATEMENT (Defendant) | 5/4/05 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 5/5/05 | [X] PRE-TRIAL PROCEEDING (Spcy) Any pre-trial conference | 5/4/05 |
| [X] CLOSING ARGUMENT (Defendant) | 5/5/05 | | |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | 5/5/05 | [X] OTHER (Specify) The entire trial (everything) | 5/4,5,6/05 |
| [X] SENTENCING | 10/5/05 | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signed]
19. DATE November 10, 2005

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

FILED
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11/10/05 | [initials] | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used.)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY