UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> HSIN-YU CHEN, <br><br> Defendant - Appellant. | No. 05-10687 <br> D.C. No. CR-04-00055-LDG <br><br> **FILED** <br> JUDGMENT DISTRICT COURT OF GUAM <br><br> DEC 1 1 2006 <br> MARY L.M. MORAN <br> CLERK OF COURT |

Appeal from the United States District Court for the District Of Guam
(Hagatna).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District Of Guam (Hagatna) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**AFFIRMED**.

Filed and entered 11/14/06

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

DEC - 6 2006

by:

Deputy Clerk

ORIGINAL