DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HSIN-YU CHEN aka CHANEL CHEN,<br>Defendant. | CRIMINAL CASE NO. 04-00055<br><br>**ORDER** |

On April 13, 2006, the Court received payment in the amount of $25.00 through U.S. Treasury's Intra-Governmental Payment and Collection (IPAC) System. In accordance with the Internal Control Manual and the Bureau of Prison's payment report (Exhibit A), said payment was applied toward Defendant Hsin-Yu Chen's special assessment obligation.

Subsequently, the Clerk's Office verified with the U.S. Attorney's Financial Litigation Unit (FLU) that said payment was an overpayment of his special assessment fee. Accordingly, the Clerk of Court is hereby ordered to refund Defendant Hsin-Yu Chen, in the amount of $25.00. In accordance with the Inmate Financial Responsibility Program, the Clerk of Court is further ordered to disburse the overpayment refund to the Federal Bureau of Prisons, P.O. Box 474701, Des Moines, Iowa, 50947-0001.

SO ORDERED.

UNITED STATES OF AMERICA DISTRICT COURT OF GUAM

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 07, 2007**

Case 1:04-cr-00055 Document 80 Filed 06/07/2007 Page 2 of 3



FMIS DEBT MANAGEMENT MODULE
BOP INMATE OFFSET PROGRAM
MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
AS OF 03/31/06 AT 10.04.43
FROM 20060301 TO 20060331

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE NAME: U.S. ATTORNEY GUAM

II-CLERK OF COURT PAYMENTS

**EXHIBIT A**

| USAO NUMBER | NAME OF DEBTOR | PAYMENT DATE | | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/ COURT-NO | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| New | ALADO, ROMEO | 2006/03/07 | A | $25.00 | 148 06-061 | 19004-112 | CR-00-00125-002 | XXXX | XCVF | FCI, TERMINAL I |
| New | ATOIGUE, RAYMOND N. | 2006/03/13 | A | $25.00 | 116 06-061 | 02531-093 | CR-05-00035 | XXXX | XCVF | USP, LOMPOC |
| | BLAS, PAUL TORRES | 2006/03/07 | A✓ | $25.00 | 159 06-061 | 01193-093 | CR-04-00019 | XXXX | XCVF | FCI, SAFFORD |
| New | BURGOS, MICHAEL ATOI (Atoigue) | 2006/03/13 | A | $25.00 | 116 06-061 | 00626-093 | CR-05-00007 | XXXX | XCVF | USP, LOMPOC |
| New | CHEN, HSIN-YU | 2006/03/10 | A | $25.00 | 443 06-061 | 02485-093 | CR-04-00055 | XXXX | XCVF | FMC, CARSWELL |
| New | CHEUNG, WING KWONG | 2006/03/13 | A | $25.00 | 116 06-061 | 02431-093 | CR-04-00013 | XXXX | XCVF | USP, LOMPOC |
| New | DELA CRUZ, ARTHUR | 2006/03/09 | A | $35.00 | 146 06-061 | 19003-112 | CR-00-00125-001 | XXXX | XCVF | FCI, LA TUNA |
| | DELA PENA, ISAGANI P | 2006/03/07 | A✓ | $25.00 | 105 06-061 | 00944-093 | 00-00126-001 | XXXX | XCVF | USP, ATWATER |
| New | ELM, BRIAN WILLIAM | 2006/03/13 | A✓ | $25.00 | 163 06-061 | 01219-093 | CR-05-00021 | XXXX | XCVF | FCI, LOMPOC |
| | GONZALEZ-CONTRERAS, | 2006/03/07 | A✓ | $45.00 | 462 06-061 | 21115-112 | CR-02-00026-001 | XXXX | XCVF | FCI, EDGEFIELD |
| | HUYNH, QUANG TAM | 2006/03/13 | A✓ | $25.00 | 163 06-061 | 02476-093 | CR-04-00050 | XXXX | XCVF | FCI, LOMPOC |
| New | MANIBUSAN, DANNY PER (02) | 2006/03/13 | A | $25.00 | 236 06-061 | 02514-093 | CR-0500019 | XXXX | XCVF | FCI, VICTORVILL |
| | MANIBUSAN, MARILYN D | 2006/03/13 | A✓ | $100.00 | 122 06-061 | 02295-093 | CR-02-00012-002 | XXXX | XCVF | FCI, DUBLIN |
| | MEREP, PEDRO | 2006/03/13 | F✓ | $25.00 | 441 06-061 | 01354-093 | 1:97CR00039-001 | XXXX | XCVF | FCI, FORT DIX |
| New | MESA, DANIEL UNTALAN | 2006/03/07 | A | $25.00 | 105 06-061 | 02511-093 | CR-05-00020 | XXXX | XCVF | USP, ATWATER |
| | QUINTANILLA, FAYE CR | 2006/03/13 | R✓ | $45.00 | 122 06-061 | 02315-093 | CR-02-00074 | XXXX | XCVF | FCI, DUBLIN |
| | SANTOS, RICHARD J | 2006/03/08 | R✓ | $25.00 | 463 06-061 | 02447-093 | CR-04-00033 | XXXX | XRFA | BML, BEAUMONT |
| | SANTOS, WILMA AGUILA | 2006/03/13 | A✓ | $25.00 | 122 06-061 | 21827-112 | CR-04-00005 | XXXX | XCVF | FCI, DUBLIN |
| | SHELTON, AUSTIN J | 2006/03/10 | R✓ | $83.00 | 230 06-061 | 02120-093 | 01-00007-001 | XXXX | XRNF | FCI, SHERIDAN |
| | SIMOY, DENNIS SANTAN | 2006/03/07 | R✓ | $25.00 | 105 06-061 | 00702-093 | CR-92-00010 | XXXX | XRFA | USP, ATWATER |
| Saipan → | TAITANO, CRISPIN ATA | 2006/03/07 | | $100.00 | 159 06-061 | 00462-005 | CR-04-00017-001 | XXXX | XCVF | FCI, SAFFORD |
| New | TAITANO, RAFAEL | 2006/03/10 | A | $25.00 | 230 06-061 | 02408-093 | CR-03-00096 | XXXX | XCVF | FCI, SHERIDAN |
| | TOLENTINO, EMMANUEL | 2006/03/10 | A✓ | $25.00 | 230 06-061 | 02449-093 | CR-04-0025 | XXXX | XCVF | FCI, SHERIDAN |

FMIS DEBT MANAGEMENT MODULE
BOP INMATE OFFSET PROGRAM
MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
AS OF 03/31/06 AT 10.04.43
FROM 20060301 TO 20060331

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE NAME: U.S. ATTORNEY GUAM

II-CLERK OF COURT PAYMENTS

| USAO NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/ COURT-NO | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| | VENTURA, FEDERICO RO | 2006/03/10 | F $98.00 | 230 06-061 | 01874-093 | CR-99-00061-001 | XXXX | XCVF | FCI, SHERIDAN |
| | → ZHU, LIAN KUN | 2006/03/09 | $100.00 | 464 06-061 | 00430-005 | CR-03-00018-001 | XXXX | XCVF | FCI, YAZOO CITY |
| TOTAL FOR CLERK | | 25 | $1,031.00 | | | | | | |
| TOTAL FOR GU | | 25 | $1,031.00 | | | | | | |

**EXHIBIT A**