

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00055-001 |
| Plaintiff, | |
| vs. | **RECEIPT OF EXHIBITS** |
| HSIN-YU CHEN, | |
| Defendant. | |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

SEE ATTACHED UNITED STATES' EXHIBIT LIST

_____
Signature

Jackie Emmanuel
Name

5/15/08
Date

U.S. Attorney's Office
Office/Firm Receiving Exhibits

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |

**FILED**
DISTRICT COURT OF GUAM
APR 29 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00055 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' EXHIBIT LIST** |
| HSIN-YU CHEN,<br>aka CHANEL CHEN, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  28th  day of April, 2005.

By: _____
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Fax presented to Immigration inspector 12/1/04 (hotel reservation) | 5/4/05 | 5/4/05 |
| 2) | Warning of rights, 12/02/04 | 5/5/05 | 5/5/05 |
| 3) | Photo of Bi Chen and her daughter | 5/5/05 | 5/5/05 |
| 4) | Warning of rights, 12/03/04 | 5/5/05 | 5/5/05 |
| 5) | Defendant's current passport | 5/4/05 | 5/4/05 |
| 6) | Defendant's expired passport | 5/5/05 | 5/5/05 |
| 7) | Analysis of defendant's travel | 5/5/05 | 5/5/05 |
| 8) | Printout of passenger manifest | 5/4/05 | 5/4/05 |
| 9) | Reservation history of defendant, Yen Lan and Chiung Lee | 5/4/05 | 5/4/05 |
| 10) | China Air ticket information | 5/4/05 | 5/4/05 |
| 11) | Defendant's application for visa waiver & Form I-94 | 5/4/05 | 5/4/05 |
| 12) | Defendant's boarding pass to return to Taiwan | 5/5/05 | 5/5/05 |
| 13) | Defendant's airline tickets, Taipei-Guam-Taipei | 5/4/05 | 5/4/05 |
| 14) | Defendant's Hong Kong Entry Permit book | 5/5/05 | 5/5/05 |
| 15) | Marriott Hotel reservations by defendant | 5/4/05 | 5/4/05 |
| 16) | Defendant's Customs Declaration | 5/4/05 | 5/4/05 |
| 17) | Fax of fake boarding passes of Chiung Lee and Yen Lan | 5/4/05 | 5/4/05 |
| 18) | Information received by China Air prior to Flight 026 landing | 5/4/05 | 5/4/05 |